| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2004 | in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>QUIST, GORDON J | 2. Court or Organization<br><br>DISTRICT CT-WESTERN DIST. MICH | 3. Date of Report<br><br>5/10/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>ACTIVE | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date<br><br>○ Initial  ◉ Annual  ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>482 G.R. FORD FEDERAL COURTHSE<br><br>110 MICHIGAN NW<br><br>GRAND RAPIDS MI 49503-2363 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | TRUSTEE | TRUST #1 |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED 2005 AY 3 P 3:51 FINANCIAL SCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | CHARLES SCHWAB & CO. - IRA DISTRIBUTION - NORMAL | 10,000.00 |
| 2. | | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. AMERICAN EXPRESS | CREDIT CARD DEBT | J |
| 2. U.S. BANK | CREDIT CARD DEBT | J |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. BANK ONE | A | Interest | J | T | | | | | |
| 2. BANK ONE | A | Interest | J | T | | | | | |
| 3. FIDELITY PURITAN | A | Dividend | J | T | | | | | |
| 4. SCHWAB TAX EXEMPT FUND | A | Dividend | J | T | | | | | |
| 5. SCHWAB MONEY MARKET | A | Dividend | K | T | | | | | |
| 6. NORTH AMERICAN LIFE ASSN. | | None | J | T | | | | | |
| 7. NORTHWEST MUT. LIFE INS. | | None | L | T | | | | | |
| 8. STRONG SHORT TERM BOND FUND | C | Dividend | | | SELL | 9/24 | K | A | |
| 9. | | | | | PART SALE | 9/13 | J | A | |
| 10. | | | | | PART SALE | 8/24 | K | A | |
| 11. | | | | | PART SALE | 7/14 | L | A | |
| 12. | | | | | PART SALE | 7/7 | J | A | |
| 13. | | | | | PART SALE | 7/7 | J | A | |
| 14. MACATAWA BANK | A | Interest | J | T | | | | | |
| 15. FIDELITY CASH RESERVES | A | Dividend | K | T | | | | | |
| 16. FIDELITY CAPITAL APPRECIATION | A | Dividend | J | T | | | | | |
| 17. FIDELITY FUND | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| | | |
|---|---|---|
| Name of Person Reporting<br>QUIST, GORDON J | Date of Report<br>5/10/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A -H) | (2)<br>Type (e.g. div. rent. or int.) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e.g. buy, sell, merger, redemption) | (2)<br>Date: Month - Day | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 18. SPARTAN INVESTMENT GRADE BOND | A | Dividend | J | T | | | | | |
| 19. FIDELITY BLUE CHIP GROWTH | A | Dividend | J | T | | | | | |
| 20. FIDELITY MID-CAP STOCK | A | Dividend | J | T | | | | | |
| 21. FIDELITY PURITAN | A | Dividend | K | T | | | | | |
| 22. RENTAL PROPERTY, FT. PIERCE, FL | D | Rent | | | SELL | 5/27 | N | G | M/M Tom Burns Ft. Pierce |
| 23. INDEPENDENT BANK | A | Interest | J | T | | | | | |
| 24. SCHWAB MONEY MARKET FUND-TRUST #1 | A | Dividend | K | T | | | | | |
| 25. FEDERATED GOVT ULTRASHORT FUND-TRUST #1 | A | Dividend | J | T | | | | | |
| 26. METROPOLITAN WEST LOW DURATION BOND FUND-TRUST #1 | B | Dividend | K | T | PART SALE | 12/21 | J | | |
| 27. SCHWAB YIELD PLUS INV SHARES-TRUST #1 | A | Dividend | K | T | PART SALE | 12/22 | J | | |
| 28. NEWSCP OVRS 8.625% PFDF-TRUST #1 | A | Dividend | | | SELL | 8/6 | J | A | |
| 29. STRONG MID CAP DISCIPLINED FUND-TRUST #1 | A | Dividend | | | SELL | 12/22 | J | B | |
| 30. FEDERATED MI INTERM MUNI TRUST | A | Dividend | J | T | BUY | 9/7 | J | | |
| 31. | | | | | BUY | 9/29 | J | | |
| 32. METROPOLITAN WEST HIGH YIELD BOND FUND CL M | A | Dividend | J | T | BUY | 8/2 | J | | |
| 33. METROPOLITAN WEST LOW DURATION BOND FUND CL M | A | Dividend | J | T | BUY | 7/30 | J | | |
| 34. | | | | | BUY | 9/24 | J | | |
| 35. PARNASSUS EQUITY INCOME FUND | A | Dividend | J | T | BUY | 7/19 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| QUIST, GORDON J | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 36. AMEREN CORP | A | Dividend | J | T | BUY | 7/27 | J | | |
| 37. BANK OF AMERICA 6.0% 34 INTERNOTES DUE 8/15/34 | A | Dividend | J | T | BUY | 8/23 | J | | |
| 38. BANK OF AMERICA CORP | A | Dividend | J | T | BUY | 8/2 | J | | |
| 39. DOW CHEMICAL COMPANY | | None | J | T | BUY | 9/28 | J | | |
| 40. EXXON MOBIL CORP | A | Dividend | J | T | BUY | 7/16 | J | | |
| 41. UNIVERSAL FOREST PRODUCT | A | Dividend | J | T | BUY | 7/16 | J | | |
| 42. VERIZON COMMUNICATIONS | A | Dividend | J | T | BUY | 7/29 | J | | |
| 43. WACHOVIA CORP NEW | A | Dividend | J | T | BUY | 7/19 | J | | |
| 44. WACHOVIA FDG 7.25% PFD | A | Dividend | J | T | BUY | 7/13 | J | | |
| 45. CONSTELLATION CIP ULTRA SHORT DURATION FIXED INCOME CL I | A | Dividend | J | T | BUY | 9/24 | J | | |
| 46. DODGE & COX INCOME FUND | A | Dividend | J | T | BUY | 11/29 | J | | |
| 47. LOOMIS SAYLES BOND CL I | A | Dividend | J | T | BUY | 7/30 | J | | |
| 48. NORTHERN HIGH YIELD FIXED INCOME FUND | A | Dividend | J | T | BUY | 9/3 | J | | |
| 49. ANADARKO PETROLEUM CORP | A | Dividend | J | T | BUY | 9/3 | J | | |
| 50. DOW CHEMICAL COMPANY | A | Dividend | J | T | BUY | 7/14 | J | | |
| 51. EXXON MOBIL CORPORATION | A | Dividend | J | T | BUY | 7/6 | J | | |
| 52. GLAXOSMITHKLINE PLC ADRF SPONSORED ADR | A | Dividend | J | T | BUY | 12/27 | J | | |
| 53. MACATAWA BANK CORP | A | Dividend | J | T | BUY | 6/1 | J | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
    (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
    (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
    P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
    (See Column C2)    U = Book Value    V = Other    W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | QUIST, GORDON J | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 54. | | | | | BUY | 8/2 | J | | |
| 55. | | | | | BUY | 12/3 | J | | |
| 56. PROCTOR & GAMBLE | A | Dividend | J | T | BUY | 8/2 | J | | |
| 57. UNIVERSAL FOREST PRODUCT | A | Dividend | J | T | BUY | 7/16 | J | | |
| 58. WACHOVIA FDG 7.25% PFD | A | Dividend | J | T | BUY | 7/12 | J | | |
| 59. WARNER CHILCOTT PLC ADRF | A | Dividend | J | T | BUY | 8/23 | J | | |
| 60. AMERICAN CENTURY EQUITY INCOME FUND INV | A | Dividend | J | T | BUY | 9/8 | J | | |
| 61. JENSEN PORTFOLIO CLASS J | A | Dividend | J | T | BUY | 8/4 | J | | |
| 62. JULIUS BAER INTL EQUITY FUND CL A | A | Dividend | J | T | BUY | 7/9 | J | | |
| 63. | | | | | BUY | 12/14 | J | | |
| 64. | | | | | BUY | 12/28 | J | | |
| 65. RAINIER SMALL/MID CAP EQUITY PORTFOLIO | A | Dividend | J | T | BUY | 9/8 | J | | |
| 66. RS GLOBAL NATURAL RESOURCES FUND | A | Dividend | J | T | BUY | 10/1 | J | | |
| 67. | | | | | BUY | 12/1 | J | | |
| 68. TCW GALILEO DIVIDEND FOC USED FUND | A | Dividend | J | T | BUY | 9/8 | J | | |
| 69. THIRD AVE REAL ESTATE VALUE FUND | A | Dividend | J | T | BUY | 12/23 | J | | |
| 70. BANK OF AMERICA 6.0% 34 INTERNOTES DUE 8/15/34 | A | Interest | J | T | BUY | 8/23 | J | | |
| 71. AMEREN CORP 9.75% PFD-TRUST #1 | A | Dividend | J | T | BUY | 6/1 | J | | |

1. Income/Gain Codes:          A = $1,000 or less          B = $1,001-$2,500          C = $2,501-$5,000          D = $5,001-$15,000          E = $15,001-$50,000
(See Columns B1 and D4)          F = $50,001-$100,000          G = $100,001-$1,000,000          H1 = $1,000,001-$5,000,000          H2 = More than $5,000,000
2. Value Codes:          J = $15,000 or less          K = $15,001-$50,000          L = $50,001-$100,000          M = $100,001-$250,000
(See Columns C1 and D3)          N = $250,000-$500,000          O = $500,001-$1,000,000          P1 = $1,000,001-$5,000,000          P2 = $5,000,001-$25,000,000
          P3 = $25,000,001-$50,000,000          P4 = $More than $50,000,000
3. Value Method Codes          Q = Appraisal          R = Cost (Real Estate Only)          S = Assessment          T = Cash/Market
(See Column C2)          U = Book Value          V = Other          W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| QUIST, GORDON J | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | If not exempt from disclosure | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 72. AMEREN CORPORATION-TRUST #1 | A | Dividend | J | T | BUY | 6/1 | J | | |
| 73. BANK OF AMERICA 6.0% 34 INTERNOTES DUE 8/15/34-TRUST #1 | A | Dividend | J | T | BUY | 8/23 | J | | |
| 74. WACHOVIA FDG 7.25% PFD-TRUST #1 | A | Dividend | J | T | BUY | 6/1 | J | | |
| 75. FEDERATED US GOVT SEC FUND-TRUST #1 | A | Dividend | J | T | BUY | 8/13 | | | |
| 76. METROPOLITAN WEST INTERM BOND FUND CL M-TRUST #1 | A | Dividend | J | T | BUY | 8/2 | J | | |
| 77. METROPOLITAN WEST HIGH YIELD BOND FUND CL M-TRUST #1 | A | Dividend | J | T | BUY | 8/2 | J | | |
| 78. OMI CORP | | None | J | T | BUY | 11/22 | J | | |
| 79. BANK OF AMERICA CORP 6% SUBORDINATED INTERNOTES | A | Interest | J | T | BUY | 8/16 | J | | |
| 80. STRUCTURED PROD CORTS IBM CORP | A | Interest | J | T | BUY | 8/16 | J | | |
| 81. DOW CHEMICAL CO | | None | J | T | BUY | 10/06 | J | | |
| 82. GEORGIA POWER CO 6% SER W SENIOR NOTES | A | Interest | J | T | BUY | 10/12 | J | | |
| 83. THE JENSEN PORTFOLIO CL J | A | Dividend | J | T | BUY | 10/07 | J | | |
| 84. KONINKLIJKE PHILIPS ELECTRS SPON ADR (NETHERLANDS) | | None | J | T | BUY | 11/12 | J | | |
| 85. MOTOROLA INC | | None | J | T | BUY | 12/06 | J | | |
| 86. OGE ENERGY CORP | | None | J | T | BUY | 11/12 | J | | |
| 87. RS GLOBAL NATURAL RESOURCES FD | A | Dividend | J | T | BUY | 10/12 | J | | |
| 88. THIRD AVENUE REAL ESTATE VAL | A | Dividend | J | T | BUY | 10/12 | J | | |
| 89. | | | | | BUY | 12/21 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | QUIST, GORDON J | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 90. VANGUARD SHRT TRM INVMNT GRD | A | Dividend | J | T | BUY | 8/16 | J | | |
| 91. VANGUARD SM CAP GR INDEX | A | Dividend | J | T | BUY | 9/7 | J | | |
| 92. SCOTTRADE CASH | A | Interest | K | T | OPENED | 8/1 | K | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | QUIST, GORDON J | 5/10/2005 |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | QUIST, GORDON J | 5/10/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____    Date __5 - 16 - 05__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544